## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): **14-4235**

Caption [use short title]

Motion for: **Pursuant to FRAP 3(b)(2) appeal to be heard in tandem with docket number 14-4221.**

**MARIE DUSSAULT**

v.

Set forth below precise, complete statement of relief sought:

**This appeal and the appeal docketed under case number 14-4221, are both appeals from the same Order, entered in the SDNY on October 27, 2014. Accordingly, they should be heard in tandem.**

**REPUBLIC OF ARGENTINA,**

MOVING PARTY: **Marie Dussault**     OPPOSING PARTY: **Republic of Argentina**
[✓] Plaintiff     [ ] Defendant
[✓] Appellant/Petitioner     [ ] Appellee/Respondent

MOVING ATTORNEY: **Miriam Skolnik**     OPPOSING ATTORNEY: **Carmine D. Boccuzzi, Jr.**
[name of attorney, with firm, address, phone number and e-mail]

Herzfeld & Rubin, P.C.                              Clearly Gottlieb
125 Broad Street, New York, NY 10004                One Liberty Plaza, New York, NY 10006
(212) 471-8500: mskolnik@herzfeld-rubin.com         (212) 225-2000: cboccuzzi@cgsh.com

Court-Judge/Agency appealed from: **SDNY, Judge Griesa**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?     [ ] Yes [ ] No
Has this relief been previously sought in this Court?     [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No   If yes, enter date: _____

Signature of Moving Attorney:
_/s/ Miriam Skolnik_  Date: **November 26, 2014**   Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------x
MARIE LAURETTE DUSSAULT,                              <u>Case No. 14-4235</u>

                Plaintiff-Appellant,

      -against-

THE REPUBLIC OF ARGENTINA,

                Defendant-Appellee.
------------------------------------------------------------------x

      Miriam Skolnik, an attorney duly admitted to practice in this Court, affirms the following statements to be true under penalty of perjury.

      1.     I am an attorney with the law firm of Herzfeld & Rubin, P.C., attorneys for Marie Laurette Dussault, plaintiff-appellant in this appeal. I make this affirmation in support of plaintiff's motion pursuant to FRAP 3(b)(2) to have the instant appeal heard in tandem with the appeal docketed in this Court as case No. 14-4221. I am fully familiar with the facts set forth herein based on my review of the file maintained by this firm in this matter.

      2.     By Notice of Appeal dated November 7, 2014, plaintiff-appellant appealed from the Order of the District Court for the Southern District of New York entered in this matter on October 27, 2014. The Order appealed from denied Plaintiffs motion for an order directing the Bank of New York Mellon to turnover a portion of certain funds transferred to the Bank of New York Mellon by the Republic of Argentina, effectively terminating the turnover proceeding. A copy of Marie Dussault's notice of appeal is annexed hereto as Exhibit A.

      3.     By Notice of Appeal dated November 6, 2014, several dozen plaintiffs in the same matter filed a joint notice of appeal, from precisely the same Order of the District Court for the Southern District of New York entered in this and the other related matter on October 27, 2014. A copy of the joint Notice of Appeal filed on behalf of the plaintiffs-appellants in case no.

14-4221 is annexed hereto as Exhibit B. Because the two appeals seek review of precisely the same order, they should be briefed separately but heard together by the same panel. See FRAP 3(b)(2).

4. Appellants in both cases have asked that the appeals be placed on the expedited calendar so the briefing schedules should not be an obstacle to having both appeals heard by the same panel.

5. Allowing the cases to proceed separately will unnecessarily burden this Court, and runs the risk of having conflicting results from the two panels hearing the appeals.

Wherefore, it is respectfully submitted that this appeal should be heard in tandem with the appeal docketed as case No. 14-4221.

Dated: New York, New York
November 26, 2014

                    Respectfully submitted,

                    Herzfeld & Rubin, P.C.
                    125 Broad Street
                    New York, New York 10004
                    (212) 471-8500

By: _____
      Miriam Skolnik